Hon. James L. Robart

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON – AT TACOMA

| | |
|---|---|
| RANDALL JARRELL, as the Legal Guardian of WILEY J. JARRELL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES and JOHN DOE CLINICS,<br><br>Defendants. | CAUSE NO. 2:19-cv-00479-JLR<br><br>STIPULATION AND ORDER STAYING PROCEEDINGS<br><br>NOTE ON MOTION CALENDAR: JUNE 7, 2019 |

COME NOW the parties, by and through their respective counsel, and respectfully requests the Court for an order staying all proceedings for three (3) months. This stipulation is based on the grounds that Plaintiff is waiting to confirm in a companion case filed in State court (King County Superior Court, Cause No. 19-2-08933-4 SEA) if a physician, Craig Miller, M.D., is a State employee or Federal employee.

Dated this 7th day of June, 2019.

STIPULATION AND ORDER STAYING PROCEEDINGS - 1

Case No. 2:19-cv-00479-JLR

HOLMAN LAW, PLLC
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, WA 98401-1338
T 253.627.1866  F 253.627.1924

**HOLMAN LAW, PLLC**

*/s/ James L. Holman*
**James L. Holman**, WSBA No. 06799

4041 Ruston Way, Suite 101
Tacoma, WA 98402
Telephone: (253) 627-1866
E-Mail: JLH@theholmanlawfirm.com

Attorney for Plaintiff

**BRIAN T. MORAN**
**United States Attorney**

*/s/ Heather C. Costanzo*
**Heather C. Costanzo**, FLA No. 37378
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
E-Mail: heather.costanzo@usdoj.gov

Attorney for Defendant

## ORDER

The parties having so stipulated and agreed, it is **SO ORDERED** that all proceedings shall by stayed for three (3) months. The court DIRECTS the Clerk to issue the order regarding initial disclosures and joint status report taking into consideration this three-month stay of proceedings.

DATED this  11th  day of   June  , 2019.

_____
JAMES L. ROBART
United States District Judge

STIPULATION AND ORDER STAYING PROCEEDINGS - 2

Case No. 2:19-cv-00479-JLR

HOLMAN LAW, PLLC
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, WA 98401-1338
T 253.627.1866  F 253.627.1924