District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY JARRELL, as the Legal Guardian of WILEY J. JARRELL,<br>　　　　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES and JOHN DOE CLINICS,<br>　　　　　　　Defendants. | CASE NO. 2:19-cv-00479-JLR<br><br>STIPULATED MOTION TO EXTEND TIME FOR RESPONSIVE PLEADING AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration on: June 10, 2019 |

COME NOW the parties, by and through their respective counsel, pursuant to LCR 7(d)(1), and respectfully request in this stipulated motion to extend the responsive pleading to Plaintiff's Second Amended Complaint (Dkt. 6) for 90 days.

Plaintiff filed his Complaint on April 1, 2019 (Dkt. 1), an Amended Complaint on April 3, 2019 (Dkt. 4), and a Second Amended Complaint on April 10, 2019 (Dkt. 6). The United States Attorney's Office was served on April 12, 2019. Dkt. 7. A response to the Second Amended Complaint is due on or before June 11, 2019. This extension is necessary as the parties have requested a stay of all proceedings for three months. Dkt. 11. Plaintiff has filed a related case arising out of the same facts against the University of Washington Medical Center/State of Washington in State Court (King County Superior Court, Cause No. 19-2-08933-4 SEA). See Dkt. 6 at 1.6, Exhibit A. As stated in the Stipulation for a stay of all proceedings, a determination as to the status of a physician as either a federal (Veteran's Administration) or state (University of Washington) employee at the time of

STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT'S
RESPONSIVE PLEADING AND [PROPOSED] ORDER
2:19-CV-00479-JLR- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Plaintiff's allegations is still pending. Dkt. 11. Depending upon that determination, a response to Plaintiff's Second Amended Complaint may be moot. As such, in order to facilitate the efficient litigation of this matter, the parties agree that an extension of time for a responsive pleading is appropriate.

Dated: June 10, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ James L. Holman
JAMES L. HOLMAN, WSBA #06799
HOLMAN LAW, PLLC
4041 Ruston Way, Suite 101
Tacoma, Washington 98402
Phone: (253) 627-1866
Email: JLH@theholmanlawfirm.com
Attorney for Plaintiff

s/Heather C. Costanzo
HEATHER C. COSTANZO, FL #37378
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Email: heather.costanzo@usdoj.gov
Attorney for Defendant

STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT'S
RESPONSIVE PLEADING AND [PROPOSED] ORDER
2:19-CV-00479-JLR- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby **ORDERED** that the responsive pleading deadline to Plaintiff's Second Amended Complaint (Dkt. 6) is extended to September 9, 2019.

DATED this 11th day of June, 2019.

_____
James L. Robart
United States District Judge

STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT'S
RESPONSIVE PLEADING AND [PROPOSED] ORDER
2:19-CV-00479-JLR- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970