District Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RANDY JARRELL, as the Legal Guardian of WILEY J. JARRELL,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES and JOHN DOE CLINICS,<br><br>    Defendants. | CASE NO. 2:19-cv-00479-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Noted for Consideration on: October 7, 2019 |

## JOINT STIPULATION

COME NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

Dated: October 7, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
2:19-CV-00479-JLR- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

```
 1
 2   s/James L. Holman                          s/Whitney Passmore
 3   JAMES L. HOLMAN, WSBA #06799               WHITNEY PASSMORE, FL #91922
     HOLMAN LAW, PLLC                           Assistant United States Attorney
 4   4041 Ruston Way, Suite 101                 Western District of Washington
     Tacoma, Washington 98402                   United States Attorney's Office
 5   Phone: (253) 627-1866                      700 Stewart Street, Suite 5220
 6   Email: JLH@theholmanlawfirm.com            Seattle, Washington 98101
     Attorney for Plaintiff                     Phone: (206) 553-7970
 7                                              Email: whitney.passmore@usdoj.gov
                                                Attorney for Defendant
 8
 9
10
...
28
```

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
2:19-CV-00479-JLR- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.

DATED this 8th day of October, 2019.

_____
James L. Robart
United States District Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
2:19-CV-00479-JLR- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on October 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

| | |
|---|---|
| James Holman | jlh@theholmanlawfirm.com |
| Jessica Holman Duthie | jhd@theholmanlawfirm.com |
| Colleen Durkin Peterson | cdp@theholmanlawfirm.com |

Dated this 7th day of October, 2019.

*s/ Alexandra Melendez*
ALEXANDRA MELENDEZ, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4371
Fax:   (206) 553-4067
E-mail: Alexandra.m.melendez@usdoj.gov

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
2:19-CV-00479-JLR- 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970